**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 7 |
| | § | |
| AMERICAN EDUCATION CENTERS, INC. | § | |
| | § | CASE NO. 18-11495 |
| DEBTOR | § | |

## NOTICE OF CHANGE OF FIRM ADDRESS

TO: THE UNITED STATES BANKRUPTCY COURT, OFFICE OF THE UNITED STATES TRUSTEE, ALL PARTIES ENTITILED TO RECEIVE NOTICE, AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that, effective December 2, 2019, Linebarger Goggan Blair & Sampson, LLP relocated to:

Weston Centre
112 E. Pecan St, Suite 2200
San Antonio, TX  78205

    Respectfully submitted,

    **LINEBARGER GOGGAN**
    **BLAIR & SAMPSON, LLP**
    112 E. Pecan St, Suite 2200
    San Antonio, TX  78205
    (210) 225-6763 - *Telephone*
    (210) 225-6410 - *Fax*

    By:    __/s/ Don Stecker__
           David G. Aelvoet (SBN 00786959)
           Don Stecker (SBN 19095300)
           Bradley S. Balderrama (SBN 24040464)
           Attorney for Bexar County

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing *Notice of Change of Firm Address* was served electronically by the Court's Electronic Filing System to all parties receiving such notices on this 28th day of April, 2020.

                                             /s/ Don Stecker
                                     David G. Aelvoet
                                     Don Stecker
                                     Bradley S. Balderrama